# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-11172
_____

Cornelius Campbell Burgess,

*Plaintiff—Appellee/Cross-Appellant*,

versus

Jennifer Whang, *In her official capacity as an Administrative Law Judge*;
Federal Deposit Insurance Corporation;
Martin J. Gruenberg,
*In his official capacity as Acting Chairman of the FDIC*;
Michael J. Hsu, *In his official capacity as a Director of the FDIC*;
Rohit Chopra, *In his official capacity as a Director of the FDIC*,

*Defendants—Appellants/Cross-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:22-CV-100

_____

United States Court of Appeals
Fifth Circuit
**FILED**
January 18, 2023
Lyle W. Cayce
Clerk

ORDER:

IT IS ORDERED that appellee/cross-appellant's opposed Motion to Stay the Merits Briefing Schedule is DENIED.

_____
Jerry E. Smith
United States Circuit Judge