No. 22-11172

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

**CORNELIUS CAMPBELL BURGESS**,

*Appellee/Cross-Appellant*,

v.

**JENNIFER WHANG**, in her official capacity as an Administrative Law Judge;
**FEDERAL DEPOSIT INSURANCE CORPORATION**;
**MARTIN J. GRUENBERG**, in his official capacity as Acting Chairman of the FDIC; **MICHAEL J. HSU**, in his official capacity as a Director of the FDIC;
**ROHIT CHOPRA**, in his official capacity as a Director of the FDIC,

*Appellants/Cross-Appellees*.

On Appeal from the United States District Court for the Northern District of Texas
No. 7:22-cv-100 — The Hon. Reed O'Connor, U.S. District Judge, Presiding

**MOTION OF APPELLEE/CROSS-APPELLANT CORNELIUS
CAMPBELL BURGESS FOR A 30-DAY EXTENSION OF TIME
TO FILE HIS PRINCIPAL AND RESPONSE BRIEF**

(Counsel listed inside cover.)

Michael A. Heidler
VINSON & ELKINS LLP
200 West 6th Street
Suite 2500
Austin, TX 78701
Phone: (512) 542-8400
Facsimile: (512) 542-8612
Email: mheidler@velaw.com

James T. Dawson
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6507
Facsimile: (202) 639-6500
Email: jamesdawson@velaw.com

Manuel G. Berrelez
  *Attorney of Record*
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, Texas 77002
Phone: (214) 220-7700
Facsimile: (214) 220-7716
Email: mberrelez@velaw.com

*Counsel for Appellee/Cross-Appellant Cornelius Campbell Burgess*

# CERTIFICATE OF INTERESTED PERSONS OF APPELLEE/ <u>CROSS-APPELLANT CORNELIUS CAMPBELL BURGESS</u>

*Cornelius Campbell Burgess v. Jennifer Whang*, et al. (No. 22-11172)

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **Cornelius Campbell Burgess**, Appellee/Cross-Appellant, represented by:

   **Manuel G. Berrelez**
   **Michael A. Heidler**
   **James T. Dawson**
   **Thomas P. Mitsch**
   **James F. Hopper**
   **Madelyn C. Stanley**
   **VINSON & ELKINS LLP**

2. **Herring Bank**, a regional bank headquartered in Amarillo on whose board of directors Cornelius Campbell Burgess now serves as Vice Chair;

3. **Herring Bancorp, Inc.,** the parent company of Herring Bank, on whose board of directors Cornelius Campbell Burgess now serves as Vice Chair;

4. **Jennifer Whang**, Appellant/Cross-Appellee, in her official capacity as an administrative law judge, represented by:

>   **Joseph Brooks**
>   **Arthur E. Anthony**
>   **Andrew A. Nicely**
>   FEDERAL DEPOSIT INSURANCE CORPORATION

5.  **Federal Deposit Insurance Corporation** ("FDIC"), Appellant/Cross-Appellee, an independent agency of the United States, represented by:

    >   **Joseph Brooks**
    >   **Arthur E. Anthony**
    >   **Andrew A. Nicely**
    >   FEDERAL DEPOSIT INSURANCE CORPORATION

6.  **Martin J. Gruenberg**, Appellant/Cross-Appellee, in his official capacity as Acting Chairman of the FDIC, represented by:

    >   **Joseph Brooks**
    >   **Arthur E. Anthony**
    >   **Andrew A. Nicely**
    >   FEDERAL DEPOSIT INSURANCE CORPORATION

7.  **Michael J. Hsu**, Appellant/Cross-Appellee, in his official capacity as a director of the FDIC, represented by:

    >   **Joseph Brooks**
    >   **Arthur E. Anthony**
    >   **Andrew A. Nicely**
    >   FEDERAL DEPOSIT INSURANCE CORPORATION

8.  **Rohit Chopra**, Appellant/Cross-Appellee, in his official capacity as a director of the FDIC, represented by:

    >   **Joseph Brooks**
    >   **Arthur E. Anthony**
    >   **Andrew A. Nicely**
    >   FEDERAL DEPOSIT INSURANCE CORPORATION

| | |
|---|---|
| Dated: February 2, 2023 | */s/ Manuel G. Berrelez* |

                                                        Manuel G. Berrelez
                                                          *Attorney of Record*
                                                        Vinson & Elkins LLP
                                                        Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, Texas 77002
Phone: (214) 220-7700
Facsimile: (214) 220-7716
Email: mberrelez@velaw.com

*Counsel for Appellee/Cross-Appellant Cornelius Campbell Burgess*

iv

# MOTION OF APPELLEE/CROSS-APPELLANT CORNELIUS CAMPBELL BURGESS FOR A 30-DAY EXTENSION OF TIME TO FILE HIS PRINCIPAL AND RESPONSE BRIEF

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Fifth Circuit Rules 26.2 and 27.1.1, Appellee/Cross-Appellant Cornelius Campbell Burgess respectfully moves for a 30-day extension of time to file his Principal and Response Brief in this case, to and including March 31, 2023. Appellants/Cross-Appellees are opposed to the relief requested in this Motion.

In support of this Motion, Burgess states as follows:

1. On December 1, the District Court preliminarily enjoined an administrative enforcement proceeding that Appellant/Cross-Appellee the Federal Deposit Insurance Corporation ("FDIC") is pursuing against Burgess. The FDIC and several other Defendants-Appellees (together, the "government") appealed. On January 30, 2023, the government filed its Principal Brief in this appeal.

2. Burgess's Principal and Response Brief is currently due on or before March 1, 2023. *See* Fed. R. App. P. 28.1(c)(2); Fed. R. App. P 28.1(f)(2).

3. Burgess respectfully requests that this Court grant him an extension of 30 days within which to file his Principal and Response Brief. Were this relief granted, Burgess's new deadline to file his brief would be March 31, 2023.

4. Good cause exists to grant Burgess's requested extension. *Cf.* Fifth Cir. R. 26.2; Fed. R. App. P. 26(b).

5. The undersigned counsel for Burgess have a variety of upcoming deadlines in other matters that present competing demands for their time. Among other commitments, Burgess's appellate counsel have:

i. responsibility for preparing a brief in an appeal in this Court, which is due on February 16, 2023 (*Antero Production Co. v. Kawcak*, No. 22-10918);

ii. a variety of upcoming deadlines in an expedited securities-law case in the United States District Court for the Southern District of New York, including a document production deadline of February 17, 2023; a deadline to complete depositions of March 3, 2023; and a trial that is not yet scheduled but is likely to be held in mid-or late March, 2023 (*Global Net Lease, Inc. v. Blackwells Capital LLC*, No. 22-cv-10702);

iii. an oral argument in the Supreme Court of Texas on February 22, 2023 (*In re First Reserve Management, LP*, Supreme Court of Texas, No. 22-0227);

iv. responsibility for preparing a petition for review in the Supreme Court of Texas, which is due on February 22, 2023 (*Kinder Morgan Production Co. v. Iraan-Sheffield Independent School District*, No. 23-0014);

v. an anticipated motion to dismiss deadline of March 7, 2023 (which could be earlier if plaintiff files his amended complaint before the February 14 deadline), in a case pending in the United States District Court for the Southern District of California (*Brady v. Delta Energy and Communications, Inc.*, No. 5:21-cv-01843);

vi. responsibility for preparing a final-form brief in an appeal in the United States Court of Appeals for the D.C. Circuit, which is due on March 9, 2023 (*Fore River Residents Against the Compressor Station v. FERC*, Nos. 22-1146+);

    vii.    responsibility for preparing a petition for review in the Supreme Court of Texas, which is due on March 14, 2023 (*Plano-5301 Legacy Drive Owner, L.P. v. DPS Holdings, Inc.*, No. 23-0016);

    viii.    responsibility for preparing an opening brief in an appeal in the United States Court of Appeals for the Ninth Circuit, which is due on March 16, 2023 (*Sanders v. Trinity Services Group Inc.*, No. 21-15333);

    ix.    an oral argument before an en banc panel of the United States Court of Appeals for the Ninth Circuit, which will be during the week of March 20, 2023 (*United States v. Montoya*, No. 21-50129);

    x.    at least two depositions that the parties are contemplating noticing during the last two weeks of February 2023 or early March 2023 in a case pending in the District Court of Travis County, Texas (*JGR Interests, LLC v. Key Morse Growth Partners LLC*, No. D-1-GN-22-000638); and

    xi.    responsibility for preparing a brief in opposition to a petition for a writ of certiorari in the United States Supreme Court, which is due on March 24, 2023 (*BG Gulf Coast LNG, L.L.C. v. Sabine-Neches Navigation District of Jefferson County, Texas*, No. 22A635).

6. In addition, the parties to this appeal continue to be engaged in litigation of this case at the District Court. Burgess's opposition to the government's motion to dismiss is due on February 3, 2023, and the government's reply in support of its motion to dismiss is due on February 17, 2023. Additionally, the District Court may elect to hold a hearing on the motion to dismiss and/or on Burgess's pending motion for reconsideration, which would require travel and significant preparation time.

7. Moreover, lead counsel for Burgess has work travel commitments on February 16-17, 2023, March 2-3, 2023, and March 8-10, 2023. Lead counsel for Burgess also has travel commitments for previously scheduled domestic trips on

February 23-24, 2023, and March 10-17, 2023. Another of Burgess's lawyers will be out of the country in connection with a previously scheduled trip from February 15 to 20, 2023.

8. This is Burgess's first request for an extension of his deadline to file his Principal and Response Brief, and this request is not being made for the purpose of delay. Burgess does not anticipate that any additional extensions will be requested.

9. On February 1, 2023, counsel for Burgess contacted Joseph Brooks, who represents the government in this matter, to ascertain his clients' position on this motion. Mr. Brooks informed counsel for Burgess by email on February 2, 2023 that his clients are opposed to the relief requested in this motion.

**WHEREFORE**, for the reasons stated above, Mr. Burgess respectfully requests that the Court grant him an extension of 30 days within which to file his Principal and Response Brief, to and including March 31, 2023.

| | |
|---|---|
| Dated: February 2, 2023 | Respectfully submitted,<br><br>/s/ *Manuel G. Berrelez*<br><br>Manuel G. Berrelez<br>  *Attorney of Record*<br>VINSON & ELKINS LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 77002<br>Phone: (214) 220-7700<br>Facsimile: (214) 220-7716<br>Email: mberrelez@velaw.com<br><br>Michael A. Heidler<br>VINSON & ELKINS LLP<br>200 West 6th Street<br>Suite 2500<br>Austin, TX 78701<br>Phone: (512) 542-8400<br>Facsimile: (512) 542-8612<br>Email: mheidler@velaw.com<br><br>James T. Dawson<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Avenue, NW<br>Suite 500 West<br>Washington, DC 20037<br>Phone: (202) 639-6507<br>Facsimile: (202) 639-6500<br>Email: jamesdawson@velaw.com<br><br>*Counsel for Appellee/Cross-Appellant*<br>*Cornelius Campbell Burgess* |

# CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that, on February 2, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

Dated: February 2, 2023

/s/ *Manuel G. Berrelez*
Manuel G. Berrelez
   *Attorney of Record*
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, Texas 77002
Phone: (214) 220-7700
Facsimile: (214) 220-7716
Email: mberrelez@velaw.com

*Counsel for Appellee/Cross-Appellant Cornelius Campbell Burgess*

## **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 941 words, excluding the parts of the filing exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Office 365 in Times New Roman 14-point font.

Dated: February 2, 2023

/s/ *Manuel G. Berrelez*
Manuel G. Berrelez
   *Attorney of Record*
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, Texas 77002
Phone: (214) 220-7700
Facsimile: (214) 220-7716
Email: mberrelez@velaw.com

*Counsel for Appellee/Cross-Appellant Cornelius Campbell Burgess*

## **CERTIFICATE OF CONFERENCE**

I certify that, on February 1 and 2, 2023, I conferred with Joseph Brooks, counsel for Appellants/Cross-Appellees, via telephone and by email. Mr. Brooks informed me that Appellants/Cross-Appellees are opposed to the relief sought by this motion. Mr. Brooks stated that he had "conferred with [his] supervisors and client representatives and we have concluded that . . . an extension would be prejudicial to FDIC Appellants' interests in this interlocutory appeal from a preliminary injunction. Consequently, FDIC Appellants would oppose a motion seeking such an extension."

Dated: February 2, 2023

*/s/ Manuel G. Berrelez*
Manuel G. Berrelez
 *Attorney of Record*
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, Texas 77002
Phone: (214) 220-7700
Facsimile: (214) 220-7716
Email: mberrelez@velaw.com

*Counsel for Appellee/Cross-Appellant*
*Cornelius Campbell Burgess*