No. 22-11172

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**CORNELIUS CAMPBELL BURGESS**,

*Appellee/Cross-Appellant*,

v.

**JENNIFER WHANG**, in her official capacity as an Administrative Law Judge; **FEDERAL DEPOSIT INSURANCE CORPORATION**; **MARTIN J. GRUENBERG**, in his official capacity as Acting Chairman of the FDIC; **MICHAEL J. HSU**, in his official capacity as a Director of the FDIC; **ROHIT CHOPRA**, in his official capacity as a Director of the FDIC,

*Appellants/Cross-Appellees*.

On Appeal from the United States District Court for the Northern District of Texas
No. 7:22-cv-100 — The Hon. Reed O'Connor, U.S. District Judge, Presiding

# UNOPPOSED MOTION OF APPELLEE/CROSS-APPELLANT CORNELIUS CAMPBELL BURGESS TO SUBSTITUTE COUNSEL AND TO WITHDRAW

(Counsel listed inside cover.)

Michael A. Heidler
VINSON & ELKINS LLP
200 West 6th Street
Suite 2500
Austin, TX 78701
Phone: (512) 542-8400
Facsimile: (512) 542-8612
Email: mheidler@velaw.com

James T. Dawson
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6507
Facsimile: (202) 639-6500
Email: jamesdawson@velaw.com

Manuel G. Berrelez
  *Attorney of Record*
**PAUL HASTINGS LLP**
manuelberrelez@paulhastings.com
2001 Ross Avenue, Suite #700-168
Dallas, Texas 75201
Telephone:  1(972) 936-7478
Facsimile:   1(972) 936-7378

*Counsel for Appellee/Cross-Appellant*
*Cornelius Campbell Burgess*


*Counsel for Appellee/Cross-Appellant Cornelius Campbell Burgess*

# CERTIFICATE OF INTERESTED PERSONS OF APPELLEE/ CROSS-APPELLANT CORNELIUS CAMPBELL BURGESS

*Cornelius Campbell Burgess v. Jennifer Whang*, et al. (No. 22-11172)

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **Cornelius Campbell Burgess**, Appellee/Cross-Appellant, represented by:

   **Manuel G. Berrelez**
   PAUL HASTINGS LLP

   **Michael A. Heidler**
   **James T. Dawson**
   **Thomas P. Mitsch**
   **James F. Hopper**
   **Madelyn C. Stanley**
   VINSON & ELKINS LLP

2. **Herring Bank**, a regional bank headquartered in Amarillo on whose board of directors Cornelius Campbell Burgess now serves as Vice Chair;

3. **Herring Bancorp, Inc.**, the parent company of Herring Bank, on whose board of directors Cornelius Campbell Burgess now serves as Vice Chair;

4. **Jennifer Whang**, Appellant/Cross-Appellee, in her official capacity as an administrative law judge, represented by:

>Joseph Brooks
>Arthur E. Anthony
>Andrew A. Nicely
>FEDERAL DEPOSIT INSURANCE CORPORATION

5. **Federal Deposit Insurance Corporation** ("FDIC"), Appellant/Cross-Appellee, an independent agency of the United States, represented by:

>Joseph Brooks
>Arthur E. Anthony
>Andrew A. Nicely
>FEDERAL DEPOSIT INSURANCE CORPORATION

6. **Martin J. Gruenberg**, Appellant/Cross-Appellee, in his official capacity as Acting Chairman of the FDIC, represented by:

>Joseph Brooks
>Arthur E. Anthony
>Andrew A. Nicely
>FEDERAL DEPOSIT INSURANCE CORPORATION

7. **Michael J. Hsu**, Appellant/Cross-Appellee, in his official capacity as a director of the FDIC, represented by:

>Joseph Brooks
>Arthur E. Anthony
>Andrew A. Nicely
>FEDERAL DEPOSIT INSURANCE CORPORATION

8. **Rohit Chopra**, Appellant/Cross-Appellee, in his official capacity as a director of the FDIC, represented by:

>Joseph Brooks
>Arthur E. Anthony
>Andrew A. Nicely
>FEDERAL DEPOSIT INSURANCE CORPORATION

Dated:  June 27, 2024

**PAUL HASTINGS LLP**

By:   */s/ Manuel G. Berrelez*
Manuel G. Berrelez
   *Attorney of Record*
manuelberrelez@paulhastings.com
2001 Ross Avenue, Suite #700-168
Dallas, Texas 75201
Telephone:   1(972) 936-7478
Facsimile:    1(972) 936-7378

*Counsel for Appellee/Cross-Appellant Cornelius Campbell Burgess*

# UNOPPOSED MOTION OF APPELLEE/CROSS-APPELLANT CORNELIUS CAMPBELL BURGESS TO SUBSTITUTE COUNSEL AND TO WITHDRAW

Appellee/Cross-Appellant, Cornelius Campbell Burgess ("Burgess") respectfully requests leave to substitute his counsel of record in this matter. In support of this motion, Burgess states as follows:

1.

Before this Court, Burgess is currently represented by Manuel Berrelez, now of Paul Hastings LLP ("Paul Hastings"), and Michael Heidler and James Dawson, of Vinson & Elkins LLP ("Vinson & Elkins").

2.

Manuel Berrelez has recently left Vinson & Elkins and joined Paul Hastings. Burgess wishes to have Manuel Berrelez and Paul Hastings substitute as counsel of record for Burgess. Vinson & Elkins and attorneys Michael Heidler and James Dawson of Vinson & Elkins are withdrawing from representation of Burgess in this appeal.

3.

The substitution of counsel is for good cause and not intended to delay the proceedings. Counsel for Appellants/Cross-Appellees do not oppose this substitution.

Accordingly, Burgess respectfully requests that this motion be granted and that Manuel Berrelez and Paul Hastings be substituted as counsel of record for Burgess, and that Vinson & Elkins and attorneys Heidler and Dawson are withdrawn as counsel of record for Burgess.

Dated: June 27, 2024

Respectfully submitted,

**PAUL HASTINGS LLP**

By: __*/s/ Manuel G. Berrelez*__
Manuel G. Berrelez
   *Attorney of Record*
manuelberrelez@paulhastings.com
2001 Ross Avenue, Suite #700-168
Dallas, Texas 75201
Telephone: 1(972) 936-7478
Facsimile: 1(972) 936-7378

*Counsel for Appellee/Cross-Appellant Cornelius Campbell Burgess*

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that, on June 27, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

Dated:  June 27, 2024

*/s/ Manuel G. Berrelez*
Manuel G. Berrelez
　　*Attorney of Record*
PAUL HASTINGS LLP
manuelberrelez@paulhastings.com
2001 Ross Avenue, Suite #700-168
Dallas, Texas 75201
Telephone:   1(972) 936-7478
Facsimile:    1(972) 936-7378

*Counsel for Appellee/Cross-Appellant
Cornelius Campbell Burgess*

# CERTIFICATE OF COMPLIANCE

1.      This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 176 words, excluding the parts of the filing exempted by Federal Rule of Appellate Procedure 32(f).

2.      This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Office 365 in Times New Roman 14-point font.

Dated: June 27, 2024

*/s/ Manuel G. Berrelez*
Manuel G. Berrelez
   *Attorney of Record*
PAUL HASTINGS LLP
manuelberrelez@paulhastings.com
2001 Ross Avenue, Suite #700-168
Dallas, Texas 75201
Telephone:  1(972) 936-7478
Facsimile:   1(972) 936-7378

*Counsel for Appellee/Cross-Appellant
Cornelius Campbell Burgess*

# CERTIFICATE OF CONFERENCE

I certify that, on June 12, 2024, I conferred with Joseph Brooks, counsel for Appellants/Cross-Appellees, by email. Mr. Brooks informed me that Appellants/Cross-Appellees are unopposed to the relief sought by this motion.

Dated: June 27, 2024

/s/ *Manuel G. Berrelez*
Manuel G. Berrelez
   *Attorney of Record*
PAUL HASTINGS LLP
manuelberrelez@paulhastings.com
2001 Ross Avenue, Suite #700-168
Dallas, Texas 75201
Telephone: 1(972) 936-7478
Facsimile: 1(972) 936-7378

*Counsel for Appellee/Cross-Appellant Cornelius Campbell Burgess*