Case No. 22-11172

─────────────────────────────────────────────

# United States Court of Appeals for the Fifth Circuit

─────────────────────────────────

CORNELIUS CAMPBELL BURGESS,

*Appellee/Cross-Appellant,*

— v. —

JENNIFER WHANG, IN HER OFFICIAL CAPACITY AS AN ADMINISTRATIVE LAW JUDGE; FEDERAL DEPOSIT INSURANCE CORPORATION; MARTIN J. GRUENBERG, IN HIS OFFICIAL CAPACITY AS ACTING CHAIRMAN OF THE FDIC; MICHAEL J. HSU, IN HIS OFFICIAL CAPACITY AS A DIRECTOR OF THE FDIC; ROHIT CHOPRA, IN HIS OFFICIAL CAPACITY AS A DIRECTOR OF THE FDIC,

*Appellants/Cross-Appellees.*

─────────────────────────────────

On Appeal From The United States District Court For The Northern District Of Texas (Wichita Falls Division), No. 7:22-cv-00100-O, Hon. Reed O'Connor

─────────────────────────────────────────────

## UNOPPOSED MOTION FOR TEN-DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL PRINCIPAL BRIEF

─────────────────────────────────────────────

B. AMON JAMES
Assistant General Counsel
J. SCOTT WATSON
Senior Counsel
JOSEPH BROOKS
Counsel
FEDERAL DEPOSIT INSURANCE
  CORPORATION
3501 Fairfax Drive, Room VS-D-7010
Arlington, VA 22226
Tel: (703) 562-2054 | Fax: (703) 562-2469

October 16, 2024          *Counsel for Appellants/Cross-Appellees*

## CERTIFICATE OF INTERESTED PERSONS

Appellants/Cross-Appellees (FDIC Appellants) are not required to provide a certificate of interested persons under 5th Cir. R. 28.2.1, as the Federal Deposit Insurance Corporation (FDIC) is a federal agency established under 12 U.S.C. § 1811 and all other Appellants/Cross-Appellees are individuals acting in their official governmental capacities.

**UNOPPOSED MOTION FOR TEN-DAY EXTENSION
OF TIME TO FILE SUPPLEMENTAL PRINCIPAL BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Fifth Circuit Rule 31.4.2(a), FDIC Appellants hereby move for a ten-day extension of time to file their Appellants/Cross-Appellees' supplemental principal brief, up to and including November 14, 2024. Appellee/Cross-Appellant is unopposed to the relief requested in this Motion.

In support of this Motion, FDIC Appellants state as follows:

1. This appeal was docketed on December 5, 2022.

2. As of June 5, 2023, briefing in this appeal was completed.

3. On July 17, 2023, this Court stayed further proceedings in this Court pending the Supreme Court's disposition of a petition for a writ of certiorari in *SEC v. Jarkesy*, 144 S.Ct. 2117 (2024).

4. On June 27, 2024, the Supreme Court issued its decision in *Jarkesy*.

5. On September 25, 2024, this Court lifted the stay of further proceedings in this case and ordered the parties to file supplemental briefs. *See* Order filed Sept. 25, 2024 (Document 174-2) (copy attached as Exhibit A).

6. The September 25 Order set the filing date for FDIC Appellants' supplemental principal brief as November 4, 2024. *See id.* at 2.

7. FDIC Appellants respectfully request that this Court grant them an extension of ten days within which to file their supplemental principal brief. Were this

relief granted, FDIC Appellants' new deadline to file their brief would be November 14, 2024.

8. Good cause exists to grant FDIC Appellants' requested extension. *See* Fifth Circuit Rule 31.4.2(a) ("[e]ngagement of counsel in other litigation").

9. On October 15, 2024, the Tenth Circuit ordered the **FDIC** to respond to a petition for rehearing en banc on or before October 25, 2024, in *America West Bank Members v. State of Utah*, No. 23-4091 (10th Cir.) (copy of notice of order attached as Exhibit B).

10. Undersigned counsel Joseph Brooks is the principal attorney representing the FDIC in both this appeal and the Tenth Circuit *America West Bank Members* appeal, and he is responsible for preparing and filing all briefs, motions, and other documents filed on behalf of the **FDIC** in both cases.

11. On this date, counsel for **FDIC** Appellants communicated with Manuel G. Berrelez, who represents Appellee/Cross-Appellant Burgess in this matter, to ascertain his client's position on this motion. Mr. Berrelez informed counsel for FDIC Appellants by email on this date that his client is unopposed to the relief requested in this motion.

12. This is **FDIC** Appellants' first request for an extension of time to file any brief, motion, or response to motion in this appeal, and this request is not being made for the purpose of delay.

## CONCLUSION

For the reasons discussed above, FDIC Appellants respectfully request that this Court grant them an extension of ten days within which to file their supplemental principal brief, up to and including November 14, 2024.

Dated: October 16, 2024

Respectfully submitted,
B. Amon James
Assistant General Counsel
J. Scott Watson
Senior Counsel

s/Joseph Brooks
Joseph Brooks
Counsel
FEDERAL DEPOSIT INSURANCE
  CORPORATION
3501 Fairfax Drive, Room D-7010
Arlington, VA 22226
Tel: (703) 562-2054
Fax: (703) 562-2496

*Counsel for Appellants/Cross-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been filed by electronic case filing and served on counsel of record through the Court's Notice of Docket Activity on this 16th day of October, 2024.

s/ Joseph Brooks
Joseph Brooks

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that this motion complies with the length limits of Fed. R. App. P. 27(d)(2)(A) because it contains 479 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

Undersigned counsel further certifies that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced 14-point Baskerville Old Face typeface using Microsoft Word 2016.

s/Joseph Brooks
Joseph Brooks
*Counsel for Appellants/Cross-Appellees*

Dated: October 16, 2024

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Manuel G. Berrelez, counsel for Appellee/ Cross-Appellant Cornelius Campbell Burgess, via email. Mr. Berrelez informed me that Mr. Burgess does not oppose this motion.

Dated: October 16, 2024

s/Joseph Brooks
Joseph Brooks

*Counsel for Appellants/Cross-Appellees*

EXHIBIT A

# United States Court of Appeals
# for the Fifth Circuit

————————

No. 22-11172

————————

United States Court of Appeals
Fifth Circuit

**FILED**

September 25, 2024

Lyle W. Cayce
Clerk

Cornelius Campbell Burgess,

*Plaintiff—Appellee/Cross-Appellant*,

*versus*

Jennifer Whang, *In her official capacity as an Administrative Law Judge*;
Federal Deposit Insurance Corporation; Martin J.
Gruenberg, *In his official capacity as Acting Chairman of the FDIC*;
Michael J. Hsu, *In his official capacity as a Director of the FDIC*;
Rohit Chopra, *In his official capacity as a Director of the FDIC*,

*Defendants—Appellants/Cross-Appellees*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:22-CV-100

————————————————————

ORDER:

IT IS ORDERED that Appellants Cross-Appellees' opposed motion
to lift the current stay pending completion of briefing and where it was to be
assigned the same panel as case No. 24-40259, *Moats v. National Credit Union
Administration Board,* is GRANTED.

No. 22-11172

IT IS FURTHER ORDERED that Appellants Cross-Appellees' opposed motion to assign this case to the same panel as case No. 23-60617, *Ortega v. OCC*, is GRANTED.

IT IS FURTHER ORDERED that Appellants Cross-Appellees' opposed motion to order supplemental briefing addressing the Supreme Court's decision in their case No. 22-859, *SEC v. Jarkesy*, is GRANTED. The parties will file supplemental briefs on the following schedule: FDIC's principal brief shall be filed within 40 days of this date; thereafter Burgess's principal and response brief is due within 30 days; thereafter the FDIC's response and reply brief is due within 30 days, and thereafter Burgess's reply is due within 21 days.

/s/ W. Eugene Davis

_____

W. Eugene Davis
*United States Circuit Judge*

EXHIBIT B

| From: | ca10_cmecf_notify@ca10.uscourts.gov |
|---|---|
| To: | Brooks, Joseph |
| Subject: | [EXTERNAL MESSAGE] 23-4091 America West Bank Members v. State of Utah, et al "Order filed" |
| Date: | Tuesday, October 15, 2024 9:39:53 AM |

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 10/15/2024 at 7:38:39 AM Mountain Daylight Time and filed on 10/15/2024

| **Case Name:** | America West Bank Members v. State of Utah, et al |
|---|---|
| **Case Number:** | 23-4091 |

**Docket Text:**
[11128350] Order filed by Judges Hartz, Bacharach and Rossman directing Appellees to file a response to Appellant's petition for rehearing. Response due on 10/25/2024 for Federal Deposit Insurance Corporation, G. Edward Leary, The State of Utah and Utah Department of Financial Institutions. Served on 10/15/2024. Text only entry - no attachment. [23-4091]

**Notice will be electronically mailed to:**

Matthew Charles Barneck: matthew-barneck@rbmn.com
Mr. Richard A. Bednar: richard@durbanolawfirm.com, rachel@durbanolawfirm.com, jadyn@durbanolawfirm.com
Steven H. Bergman: steven-bergman@rbmn.com
Mr. Joseph Brooks: jobrooks@fdic.gov, jobrooks@fdic.gov
Mr. Douglas M. Durbano: doug@durbanolawfirm.com, rachel@durbanolawfirm.com, jadyn@durbanolawfirm.com
Robert S. Peck: robert.peck@cclfirm.com
Mr. J. Clifford Petersen: cliffpetersen@agutah.gov, jwelsh@agutah.gov, fpratt@agutah.gov