# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 20, 2026

Lyle W. Cayce
Clerk

———————

No. 22-11172

———————

Cornelius Campbell Burgess,

*Plaintiff—Appellee/Cross-Appellant*,

*versus*

Jennifer Whang, *In her official capacity as an Administrative Law Judge*;
Federal Deposit Insurance Corporation; Martin J.
Gruenberg, *In his official capacity as Acting Chairman of the FDIC*;
Michael J. Hsu, *In his official capacity as a Director of the FDIC*;
Rohit Chopra, *In his official capacity as a Director of the FDIC*,

*Defendants—Appellants/Cross-Appellees*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:22-CV-100

———————————————————————

## ON PETITION FOR REHEARING EN BANC

Before Wiener, Douglas, and Ramirez, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R.

APP. P.40 and 5TH CIR. R.40), the petition for rehearing en banc is DENIED.